In the Matter of the Judicial Settlement of the Account of Proceedings of STERLING ST. JOHN and JOHN F. BOYER, as Executors of the Estate of VICTORIA MORRIS, Deceased, and for a Construction of the Decedent's Will. SEAMEN'S CHURCH INSTITUTE OF NEW YORK, Appellant; BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No. opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 773.]